669 A.2d 239

IN THE MATTER OF DAVID E. SLOANE,
AN ATTORNEY AT LAW.

January 23, 1996.

## ORDER

DAVID E. SLOANE of READING, PENNSYLVANIA, who was admitted to the bar of this State in 1989, having pleaded guilty to a federal indictment charging him with mail fraud, in violation of 18 *U.S.C.A.* § 1341, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), DAVID E. SLOANE is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that DAVID E. SLOANE be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that DAVID E. SLOANE comply with *Rule* 1:20–20 dealing with suspended attorneys.